FILED

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0351

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ISAAC WILLIAM MACY,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 7, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 6 2022